**WO**

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHANEL, INC., a New York corporation, LOUIS VUITTON MALLETIER, S.A., a foreign business entity, and GUCCI AMERICA, INC., a New York corporation<br><br>            Plaintiffs,<br><br>     v.<br><br>RICHARD R. RUDOLPH, et al.,<br><br>            Defendants. | No: 2:06-CV-02938-PHX-JAT<br><br>**ORDER** |

The summons and complaint in this action were duly served on the Defendant Richard R. Rudolph d/b/a Getti Fine Auto Interiors d/b/a Getti Interior Products d/b/a Getti.us ("Rudolph" or "Defendant") on March 21, 2007, and said Defendant has failed to plead or otherwise defend in this action, and entry of default has been entered.

Accordingly,

It is ORDERED granting Plaintiffs' Motion for Default Judgment (Doc. #13).

It is FURTHER ORDERED that Chanel Inc., Gucci America, Inc., and Louis Vuitton Malletier, S.A., the Plaintiffs, have judgment against Defendant Richard R. Rudolph d/b/a Getti Fine Auto Interiors d/b/a Getti Interior Products d/b/a Getti.us

in the form of a permanent injunction prohibiting the Defendant from future infringement of the Plaintffs' intellectual property rights.

It is further ORDERED that the Plaintiffs shall recover from the Defendant the total sum of $321,350.50, the amount claimed as follows:

Chanel Inc., $80,000.00 as damages pursuant to 15 U.S.C. § 1117(a);

Gucci America, Inc. $80,000.00 as damages pursuant to 15 U.S.C. § 1117(a);

Louis Vuitton Malletier, S.A. $80,000.00 as damages pursuant to 15 U.S.C. § 1117(a);

Louis Vuitton Malletier, S.A. $75,000.00 in statutory damages against the Defendant Richard R. Rudolph, pursuant to 17 U.S.C. § 504 for copyright infringement; and

Chanel Inc. $2,116.84, Gucci America, Inc. $2,116.83, and Louis Vuitton Malletier, S.A. $2,116.83, respectively, in reasonable attorneys' fees against the Defendant, Richard R. Rudolph, pursuant to 15 U.S.C. § 1117(a); and

It is further ORDERED DENYING WITHOUT PREJUDICE Plaintiffs' request for taxable costs. Plaintiffs may re-file this request with the Clerk of the Court as a Bill of Costs pursuant to Local Rule of Civil Procedure 54.1.

It is further ORDERED that this judgment shall accrue interest at the rate prescribed by 28 U.S.C. § 1961, and that the Plaintiffs have execution therefor.

Dated this 21st day of April, 2008.

James A. Teilborg
United States District Judge